# Exhibit A



**Tri-State Paper Co.**
*149 e, church st.*
*Blackwood, NJ  08012*
*215-455-4506*
*215-455-4509*

**Statement**
*Page 1 of 1*
*10-Nov-2023*

| Customer |
|---|
| SCARPINATO'S CUCINA |
| 194 FRIES MILL ROAD |
| |
| BLACKWOOD, NJ  08012 |

| Account# | Total Due | Current |
|---|---|---|
| SCARP100 | $7,124.04 | $0.00 |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $800.37 | $2,887.31 | $3,436.36 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
|---|---|---|---|---|---|---|---|
| 2031935 | 16-Jun-23 | **16-Jun-23** | IN | $917.47 | **$704.28** | Delinquent | |
| 2032082 | 23-Jun-23 | **23-Jun-23** | IN | $1,251.19 | **$1,251.19** | Delinquent | |
| 2032187 | 30-Jun-23 | **30-Jun-23** | IN | $837.98 | **$837.98** | Delinquent | |
| 2032315 | 7-Jul-23 | **7-Jul-23** | IN | $642.91 | **$642.91** | Delinquent | |
| 2032463 | 14-Jul-23 | **14-Jul-23** | IN | $579.24 | **$579.24** | Delinquent | |
| 2032593 | 21-Jul-23 | **21-Jul-23** | IN | $858.86 | **$858.86** | Delinquent | |
| 2032602 | 21-Jul-23 | **21-Jul-23** | IN | $91.15 | **$91.15** | Delinquent | |
| 2032711 | 28-Jul-23 | **28-Jul-23** | IN | $652.42 | **$652.42** | Delinquent | |
| 2032738 | 1-Aug-23 | **1-Aug-23** | IN | $9.50 | **$9.50** | Delinquent | |
| 2032832 | 4-Aug-23 | **4-Aug-23** | IN | $696.14 | **$696.14** | Delinquent | |
| 2032970 | 11-Aug-23 | **11-Aug-23** | IN | $800.37 | **$800.37** | Delinquent | |