Scarpinato's Cucina & Catering

856-352-2010

Scarpinatos.catering@gmail.com

To Whom it May Concern,

    All of our payments were given to our salesperson, Mark Guarnere, on a weekly basis. Attached are all the invoices and signed copies of amounts paid.

Scarpinato's Cucina & Catering

Owner

Joseph Scarpinato



FILED
DEC 2 1 2023
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>       Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.,<br><br>       Plaintiff,<br><br>v.<br><br>Scarpinato's Cucina and Catering LLC,<br><br>       Defendant. | Adversary No. |

**Complaint for Turnover of Property to the Estate Pursuant to 11 U.S.C. § 542**

**AND NOW**, Plaintiff Tri-State Paper, Inc., by and through its undersigned counsel, alleges the following upon information and belief:

### Parties

1. Plaintiff Tri-State Paper, Inc. is the debtor in the above chapter 11 bankruptcy case and a corporation who is and was at all relevant times domiciled in the state of Pennsylvania.

2. Defendant Scarpinato's Cucina and Catering LLC is and was at all relevant times a limited liability company with a principal place of business located at 194 Fries Mill Road, Washington Township, NJ 08012.

### Jurisdiction and Venue

3. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.

4. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(E).

5. The Plaintiff has standing to bring this action pursuant to 11 U.S.C. § 542 and Fed. R. Bankr. P. 7001(1).

6. Venue is proper pursuant to 28 U.S.C. § 1409(a).

7.    The Plaintiff consents to the entry of a final order or judgment by the court if it is determined that the court, absent consent of the parties, cannot enter a final order or judgment consistent with U. S. Const. art. III.

### Statement of Claim

8.    The preceding paragraphs of this Complaint are incorporated by reference as if set forth at length herein.

9.    Beginning on June 16, 2023, and continuing through August 11, 2023, the Plaintiff shipped various goods to the Defendant in exchange for the Defendant's payment for such goods.

10.    The Plaintiff has sent invoices and statements for the amounts due and demanded payment thereof, but the Defendant has failed and refused to pay.

11.    The balance due to the Plaintiff by the Defendant is $7,124.04 as of October 27, 2023. A statement of the Defendant's account is attached as Exhibit A.

12.    When the Plaintiff declared bankruptcy on October 27, 2023, the balance due became property of the Plaintiff's bankruptcy estate.

13.    The Plaintiff demands turnover of the balance due pursuant to 11 U.S.C. § 542.

### Request for Relief

**NOW, THEREFORE,** the Plaintiff requests entry of judgment against the Defendant in the amount of $7,124.04 plus attorney fees and costs, and for such other and further relief in its favor as may be necessary and proper under the law.

Date: November 25, 2023          CIBIK LAW, P.C.
*Counsel for Plaintiff*
*Tri-State Paper, Inc.*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

2

*Form L247* (3/23)–doc 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tri-State Paper, Inc.  )    Case No. 23-13237-pmm
    Debtor(s)  )    Chapter 11
   )
Tri-State Paper, Inc.  )
Plaintiff  )
   )    Adversary No. 23-00095-pmm
v.  )
   )
Scarpinato's Cucina and Catering, LLC  )
Defendant  )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before December 27, 2023, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before January 2, 2024.

Address of the clerk                  Eastern District of Pennsylvania
                                                   900 Market Street
                                                   Suite 400
                                                   Philadelphia, PA 19107

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name/Address of Plaintiff's Attorney    MICHAEL A. CIBIK
                                                   Cibik Law, P.C.
                                                   1500 Walnut Street
                                                   Suite 900
                                                   Philadelphia, PA 19102

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



For The Court

Timothy B. McGrath
Clerk of Court

Date: November 27, 2023

# Exhibit A



**Tri-State Paper Co.**
Paper · Foam · Janitorials

Tri-State Paper Co.
149 e, church st.
Blackwood, NJ 08012
215-455-4506
215-455-4509

**Statement**
Page 1 of 1
10-Nov-2023

**Customer**

SCARPINATO'S CUCINA
194 FRIES MILL ROAD

BLACKWOOD, NJ 08012

| Account# | Total Due | Current |
|---|---|---|
| SCARP100 | $7,124.04 | $0.00 |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $800.37 | $2,887.31 | $3,436.36 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
|---|---|---|---|---|---|---|---|
| 2031935 | 16-Jun-23 | 16-Jun-23 | IN | $917.47 | $704.28 | Delinquent | |
| 2032082 | 23-Jun-23 | 23-Jun-23 | IN | $1,251.19 | $1,251.19 | Delinquent | |
| 2032187 | 30-Jun-23 | 30-Jun-23 | IN | $837.98 | $837.98 | Delinquent | |
| 2032315 | 7-Jul-23 | 7-Jul-23 | IN | $642.91 | $642.91 | Delinquent | |
| 2032463 | 14-Jul-23 | 14-Jul-23 | IN | $579.24 | $579.24 | Delinquent | |
| 2032593 | 21-Jul-23 | 21-Jul-23 | IN | $858.86 | $858.86 | Delinquent | |
| 2032602 | 21-Jul-23 | 21-Jul-23 | IN | $91.15 | $91.15 | Delinquent | |
| 2032711 | 28-Jul-23 | 28-Jul-23 | IN | $652.42 | $652.42 | Delinquent | |
| 2032738 | 1-Aug-23 | 1-Aug-23 | IN | $9.50 | $9.50 | Delinquent | |
| 2032832 | 4-Aug-23 | 4-Aug-23 | IN | $696.14 | $696.14 | Delinquent | |
| 2032970 | 11-Aug-23 | 11-Aug-23 | IN | $800.37 | $800.37 | Delinquent | |

**Invoice** 2031935

Page 1 of 1

## Tri-State Paper Co.
Paper • Foam • Janitorials

**Remit To:**
Tri-State Paper Co.
149 e, church st.
Blackwood, NJ 08012
215-455-4506

| | |
|---|---|
| Invoice | 2031935 |
| Date | 16-Jun-2023 |
| PO Number | |
| Order Date | 15-Jun-2023 |
| Ship Date | 16-Jun-2023 |
| Terms | |
| Due Date | 16-Jun-2023 |
| Carrier | Best Way |

**Bill To:**
SCARPINATO'S CUCINA
194 FRIES MILL ROAD

BLACKWOOD    NJ   08012

**Ship To:**
SCARPINATO'S CUCINA
194 FRIES MILL ROAD

BLACKWOOD    NJ   08012

| Description | Item Code | Ordered | Shipped | B/O | Price | Tax | Amount |
|---|---|---|---|---|---|---|---|
| RE993S 9x9 ECOPAX FOAM 1comp 200/CASE RE993S | TO33 | 2 | 2 | 0 | 29.00 | N | $58.00 |
| HALF DEEP ALUM STEAM PAN 100/CS 5132P / HS314 | ALM14 | 6 | 6 | 0 | 29.00 | N | $174.00 |
| FULL DEEP STEAM PAN 50/CS FS514 / 5130-P | ALM18 | 4 | 4 | 0 | 45.00 | N | $180.00 |
| 18" X 500 HEAVY DUTY FOIL | WRWELL18 | 3 | 3 | 0 | 22.00 | Y | $66.00 |
| BLAST AWAY OVEN/GRILL CLEANER 4/1 GAL (SODIUM HYDROXIDE) | CL18 | 1 | 1 | 0 | 29.33 | Y | $29.33 |
| BLEACH 6" GERMICIDAL EPA REGISTERED 6/1 GALLON | CL22 | 1 | 1 | 0 | 18.00 | Y | $18.00 |
| #32 CUT END MOP 1/EACH 3032 COTTON MOPHEAD | MOP02 | 12 | 12 | 0 | 4.69 | Y | $56.28 |
| 38X58 EXTRA HEAVY TRASH LINER 100/CS 1.5 ML CRK58XX | TR07 | 2 | 2 | 0 | 35.00 | Y | $70.00 |
| EPSON 918 ERC 30-34-38BLK/RED 6/BX #659IMP-0102 / #79752BR | RIBBON01 | 2 | 2 | 0 | 10.31 | Y | $20.62 |
| LARGE DIE CUT TAKE OUT TRAY 50/BD 20.5x12x4" | BX68 | 6 | 6 | 0 | 25.00 | Y | $150.00 |
| X-LARGE/LATEX POWER FREE 1/100 1 BOX HH 803 | GL15 | 1 | 1 | 0 | 49.00 | Y | $49.00 |

A service charge of 1.5%/month (18%/yr) will be charged on all past due accounts

Salesman 51
Cust Acct SCARP100

| | |
|---|---|
| Merch Total | $871.23 |
| Taxable Sales | $459.23 |
| 8.0% Sales Tax | $36.74 |
| | $0.00 |
| Freight | $9.50 |
| Ppd Deposit | $0.00 |
| **Total Due** | **$917.47** |

ITEMS RETURNED AFTER 30 DAYS ARE SUBJECT TO A 15% RESTOCKING FEE

*[signature: Paul CASH N...]*
*$1000-00*

**Invoice** 2032187

Page 1 of 1

# Tri-State Paper Co.
Paper • Foam • Janitorials

| | |
|---|---|
| **Remit To:** | |
| Tri-State Paper Co. | |
| 149 e, church st. | |
| Blackwood, NJ 08012 | |
| 215-455-4506 | |

| | |
|---|---|
| Invoice | 2032187 |
| Date | 30-Jun-2023 |
| PO Number | |
| Order Date | 28-Jun-2023 |
| Ship Date | 30-Jun-2023 |
| Terms | |
| Due Date | 30-Jun-2023 |
| Carrier | Best Way |

**Bill To:**
SCARPINATO'S CUCINA
194 FRIES MILL ROAD
BLACKWOOD    NJ   08012

**Ship To:**
SCARPINATO'S CUCINA
194 FRIES MILL ROAD
BLACKWOOD    NJ   08012

| Description | Item Code | Ordered | Shipped | B/O | Price | Tax | Amount |
|---|---|---|---|---|---|---|---|
| HALF DEEP ALUM STEAM PAN 100/CS    5132P / HS314 | ALM14 | 6 | 6 | 0 | 29.00 | N | $174.00 |
| 18" X 500  HEAVY DUTY  FOIL | WRWELL18 | 4 | 4 | 0 | 22.00 | Y | $88.00 |
| LARGE DIE CUT TAKE OUT TRAY 50/BD   20.5X12X4" | BX68 | 8 | 8 | 0 | 25.00 | Y | $200.00 |
| 32 OZ HW DELI COMBO WELLCARE 240 CUPS/LIDS WYT32 | DEL32WELL | 1 | 1 | 0 | 48.00 | Y | $48.00 |
| RE993S 9x9 ECOPAX FOAM 1comp 200/CASE  RE993S | TO33 | 3 | 3 | 0 | 29.00 | N | $87.00 |
| 60HT1 DART 6" H/L 1 SECTION FOAM  500/CS | TO02 | 1 | 1 | 0 | 42.00 | N | $42.00 |
| X-LARGE/LATEX POWER FREE 1/100  1 BOX  HH 803 | GL15 | 1 | 1 | 0 | 49.00 | Y | $49.00 |
| BLAST AWAY OVEN/GRILL CLEANER 4/1 GAL  (SODIUM HYDROXIDE) | CL18 | 1 | 1 | 0 | 29.33 | Y | $29.33 |
| 311698 16oz PET DRINKING CUP 1000/CS    311698 | CU73 | 1 | 1 | 0 | 78.00 | N | $78.00 |

A service charge of 1.5%/month (18%/yr) will be charged on all past due accounts

Salesman 51
Cust Acct SCARP100

| | |
|---|---|
| Merch Total | $795.33 |
| Taxable Sales | $414.33 |
| 8.0% Sales Tax | $33.15 |
| | $0.00 |
| Freight | $9.50 |
| Ppd Deposit | $0.00 |
| **Total Due** | **$837.98** |

ITEMS RETURNED AFTER 30 DAYS ARE SUBJECT TO A 15% RESTOCKING FEE

Invoice   2032082

Page 1 of 2



**Tri-State Paper Co.**
Paper • Foam • Janitorials

| Remit To: | Invoice | 2032082 | Date | 23-Jun-2023 |
|---|---|---|---|---|
| Tri-State Paper Co. | PO Number | | | |
| 149 e, church st. | Order Date | 22-Jun-2023 | | |
| Blackwood, NJ 08012 | Ship Date | 23-Jun-2023 | | |
| 215-455-4506 | Terms | | | |
| | Due Date | 23-Jun-2023 | | |
| | Carrier | Best Way | | |

**Bill To:**
SCARPINATO'S CUCINA
194 FRIES MILL ROAD

BLACKWOOD       NJ  08012

**Ship To:**
SCARPINATO'S CUCINA
194 FRIES MILL ROAD

BLACKWOOD       NJ  08012

| Description | Item Code | Ordered | Shipped | B/O | Price | Tax | Amount |
|---|---|---|---|---|---|---|---|
| 3" X150' ONE PLY WHITE BOND 50/CS  15516 | REG21 | 1 | 1 | 0 | 34.51 | Y | $34.51 |
| FULL DEEP STEAM PAN 50/CS  FS514 / 5130-P | ALM18 | 4 | 4 | 0 | 45.00 | N | $180.00 |
| RE993S 9x9 ECOPAX FOAM 1comp 200/CASE  RE993S | TO33 | 2 | 2 | 0 | 29.00 | N | $58.00 |
| HALF DEEP ALUM STEAM PAN 100/CS  5132P / HS314 | ALM14 | 8 | 8 | 0 | 29.00 | N | $232.00 |
| 18" X 500  HEAVY DUTY  FOIL | WRWELL18 | 4 | 4 | 0 | 22.00 | Y | $88.00 |
| BLAST AWAY OVEN/GRILL CLEANER 4/1 GAL  (SODIUM HYDROXIDE) | CL18 | 1 | 1 | 0 | 29.33 | Y | $29.33 |
| BLEACH 6" GERMICIDAL EPA REGISTERED  6/1 GALLON | CL22 | 2 | 2 | 0 | 18.00 | Y | $36.00 |
| LARGE DIE CUT TAKE OUT TRAY 50/BD      20.5X12X4" | BX68 | 4 | 4 | 0 | 25.00 | Y | $100.00 |
| X-LARGE/LATEX POWER FREE 1/100   1 BOX   HH 803 | GL15 | 1 | 1 | 0 | 49.00 | Y | $49.00 |
| 1/6 HEAVY THANK YOU BAG 18MIC 500/CS 16HFACE0516 11.5X6.5X21 | TT02 | 2 | 2 | 0 | 16.00 | Y | $32.00 |
| 38X58 XXHEAVY LINER 2.0 MIL 100/CS  PGB-6161/PPK6-58XXX | TR08 | 2 | 2 | 0 | 38.50 | Y | $77.00 |
| 5" LACE DOILIE 1000/CS  303010 | DOL06 | 1 | 1 | 0 | 15.47 | Y | $15.47 |
| 16 OZ HW DELI COMBO WELLCARE 240 CUPS/LIDS   WYT16 | DEL16WELL | 1 | 1 | 0 | 35.00 | Y | $35.00 |
| 32 OZ HW DELI COMBO WELLCARE 240  CUPS/LIDS  WYT32 | DEL32WELL | 1 | 1 | 0 | 48.00 | Y | $48.00 |
| 6" RND MICROWAVBLE COMBO BLACK MT0610B  150/CASE (NC718B) | TOK20 | 4 | 4 | 0 | 33.00 | N | $132.00 |
| FOAMING HAND SOAP BLUE 1000ML INOPAK  6/BAGS  5062-FL1000 | IN12 | 1 | 1 | 0 | 48.00 | Y | $48.00 |

**Invoice** 2032082

Page 2 of 2

## Tri-State Paper Co.
Paper • Foam • Janitorials

| Remit To: | Invoice | 2032082 | Date | 23-Jun-2023 |
|---|---|---|---|---|
| Tri-State Paper Co. | PO Number | | | |
| 149 e, church st. | Order Date | 22-Jun-2023 | | |
| Blackwood, NJ 08012 | Ship Date | 23-Jun-2023 | | |
| 215-455-4506 | Terms | | | |
| | Due Date | 23-Jun-2023 | | |
| | Carrier | Best Way | | |

**Bill To:**
SCARPINATO'S CUCINA
194 FRIES MILL ROAD

BLACKWOOD    NJ  08012

**Ship To:**
SCARPINATO'S CUCINA
194 FRIES MILL ROAD

BLACKWOOD    NJ  08012

| Description | Item Code | Ordered | Shipped | B/O | Price Tax | Amount |
|---|---|---|---|---|---|---|
| A service charge of 1.5%/month (18%/yr) will be charged on all past due accounts | | | | | Merch Total | $1,194.31 |
| | | | | | Taxable Sales | $592.31 |
| | | | | | 8.0% Sales Tax | $47.38 |
| | | Salesman 51 | | | | $0.00 |
| | | Cust Acct SCARP100 | | | Freight | $9.50 |
| ITEMS RETURNED AFTER 30 DAYS ARE SUBJECT TO A 15% RESTOCKING FEE | | | | | Ppd Deposit | $0.00 |
| | | | | | **Total Due** | **$1,251.19** |

Invoice 2032315

Page 1 of 1

# Tri-State Paper Co.
Paper • Foam • Janitorials

**Remit To:**
Tri-State Paper Co.
149 e, church st.
Blackwood, NJ 08012
215-455-4506

| Invoice | 2032315 | Date | 7-Jul-2023 |
|---|---|---|---|
| PO Number | | | |
| Order Date | 6-Jul-2023 | | |
| Ship Date | 7-Jul-2023 | | |
| Terms | | | |
| Due Date | 7-Jul-2023 | | |
| Carrier | Best Way | | |

**Bill To:**
SCARPINATO'S CUCINA
194 FRIES MILL ROAD

BLACKWOOD    NJ  08012

**Ship To:**
SCARPINATO'S CUCINA
194 FRIES MILL ROAD

BLACKWOOD    NJ  08012

| Description | Item Code | Ordered | Shipped | B/O | Price | Tax | Amount |
|---|---|---|---|---|---|---|---|
| BLEACH 6" GERMICIDAL EPA REGISTERED  6/1 GALLON | CL22 | 1 | 1 | 0 | 18.00 | Y | $18.00 |
| TRI STATE *PREMIUM* GREEN SOAP 4/1 GAL GREEN HAND DISH SOAP | CL101 | 1 | 26¢ | 0 | 34.00 | Y | $34.00 |
| HALF DEEP ALUM STEAM PAN 100/CS  5132P / HS314 | ALM14 | 6 | 6 | 0 | 29.00 | N | $174.00 |
| LARGE DIE CUT TAKE OUT TRAY 50/BD  20.5X12X4" | BX68 | 8 | 8 | 0 | 25.00 | Y | $200.00 |
| 18" X 500  HEAVY DUTY  FOIL | WRWELL18 | 2 | 2 | 0 | 22.00 | Y | $44.00 |
| REFLECTION PREROLL CUTLERY KIT 100/CS  730  4 PC | CUT87 | 1 | 1 | 0 | 53.53 | Y | $53.53 |
| RE993S 9x9 ECOPAX FOAM 1comp 200/CASE  RE993S | TO33 | 1 | 1 | 0 | 29.00 | N | $29.00 |
| X-LARGE/LATEX POWER FREE 1/100  1 BOX  HH 803 | GL15 | 1 | 1 | 0 | 49.00 | Y | $49.00 |

*A service charge of 1.5%/month (18%/yr) will be charged on all past due accounts*

Salesman 51
Cust Acct  SCARP100

ITEMS RETURNED AFTER 30 DAYS ARE SUBJECT
TO A 15% RESTOCKING FEE

| | |
|---|---|
| Merch Total | $601.53 |
| Taxable Sales | $398.53 |
| 8.0% Sales Tax | $31.88 |
| | $0.00 |
| Freight | $9.50 |
| Ppd Deposit | $0.00 |
| **Total Due** | **$642.91** |



Page 1 of 1

**Tri-State Paper Co.**
Paper • Foam • Janitorials

**Remit To:**
Tri-State Paper Co.
149 e, church st.
Blackwood, NJ 08012
215-455-4506

| | |
|---|---|
| Invoice | 2032463 |
| Date | 14-Jul-2023 |
| PO Number | |
| Order Date | 14-Jul-2023 |
| Ship Date | 14-Jul-2023 |
| Terms | |
| Due Date | 14-Jul-2023 |
| Carrier | Best Way |

**Bill To:**
SCARPINATO'S CUCINA
194 FRIES MILL ROAD

BLACKWOOD     NJ  08012

**Ship To:**
SCARPINATO'S CUCINA
194 FRIES MILL ROAD

BLACKWOOD     NJ  08012

| Description | Item Code | Ordered | Shipped | B/O | Price | Tax | Amount |
|---|---|---|---|---|---|---|---|
| X-LARGE/LATEX POWER FREE 1/100  1 BOX   HH 803 | GL15 | 1 | 1 | 0 | 49.00 | Y | $49.00 |
| BLAST AWAY OVEN/GRILL CLEANER 4/1 GAL  (SODIUM HYDROXIDE) | CL18 | 1 | 1 | 0 | 29.33 | Y | $29.33 |
| BLEACH 6" GERMICIDAL EPA REGISTERED  6/1 GALLON | CL22 | 1 | 1 | 0 | 18.00 | Y | $18.00 |
| TREMENDO ALL PUR CLEANER/LAVEN 4/1 GALLON | CLTR1 | 1 | 1 | 0 | 33.33 | Y | $33.33 |
| REFLECTION PREROLL CUTLERY KIT 100/CS  730  4 PC | CUT87 | 2 | 2 | 0 | 53.53 | Y | $107.06 |
| HALF DEEP ALUM STEAM PAN 100/CS  5132P / HS314 | ALM14 | 8 | 8 | 0 | 29.00 | N | $232.00 |
| 18" X 500  HEAVY DUTY  FOIL | WRWELL18 | 2 | 2 | 0 | 22.00 | Y | $44.00 |
| 1/6 HEAVY THANK YOU BAG 18MIC 500/CS 16HFACE0516 11.5X6.5X21 | TT02 | 2 | 2 | 0 | 16.00 | Y | $32.00 |

A service charge of 1.5%/month (18%/yr)
will be charged on all past due accounts

Salesman 51
Cust Acct SCARP100

ITEMS RETURNED AFTER 30 DAYS ARE SUBJECT
TO A 15% RESTOCKING FEE

| | |
|---|---|
| Merch Total | $544.72 |
| Taxable Sales | $312.72 |
| 8.0%  Sales Tax | $25.02 |
| | $0.00 |
| Freight | $9.50 |
| Ppd Deposit | $0.00 |
| **Total Due** | **$579.24** |

**Invoice**  2032593

Page 1 of 1

## Tri-State Paper Co.
Paper • Foam • Janitorials

**Remit To:**
Tri-State Paper Co.
149 e, church st.
Blackwood, NJ 08012
215-455-4506

| Invoice | 2032593 | Date | 21-Jul-2023 |
|---|---|---|---|
| PO Number | | | |
| Order Date | 20-Jul-2023 | | |
| Ship Date | 21-Jul-2023 | | |
| Terms | | | |
| Due Date | 21-Jul-2023 | | |
| Carrier | Best Way | | |

**Bill To:**
SCARPINATO'S CUCINA
194 FRIES MILL ROAD
BLACKWOOD    NJ    08012

**Ship To:**
SCARPINATO'S CUCINA
194 FRIES MILL ROAD
BLACKWOOD    NJ    08012

| Description | Item Code | Ordered | Shipped | B/O | Price | Tax | Amount |
|---|---|---|---|---|---|---|---|
| FULL DEEP STEAM PAN 50/CS  FS514 / 5130-P | ALM18 *RETURN* | (4) | 4 | 0 | 45.00 | N | $180.00 |
| HALF DEEP ALUM STEAM PAN 100/CS   5132P / HS314 | ALM14 *RETURN* | (6) | 6 | 0 | 29.00 | N | $174.00 |
| 18" X 500  HEAVY DUTY  FOIL | WRWELL18 | 2 | 2 | 0 | 22.00 | Y | $44.00 |
| BLAST AWAY OVEN/GRILL CLEANER 4/1 GAL  (SODIUM HYDROXIDE) | CL18 | 1 | 1 | 0 | 29.33 | Y | $29.33 |
| BLEACH 6" GERMICIDAL EPA REGISTERED   6/1 GALLON | CL22 | 1 | 1 | 0 | 18.00 | Y | $18.00 |
| TREMENDO ALL PUR CLEANER/LAVEN 4/1 GALLON | CLTR1 | 1 | 1 | 0 | 33.33 | Y | $33.33 |
| LARGE VINYL POWDER FREE GLOVES 1/BOX     9708 | GL13 | 10 | 10 | 0 | 3.13 | Y | $31.30 |
| X-LARGE/LATEX POWER FREE 1/100   1 BOX   HH 803 | GL15 | 1 | 1 | 0 | 49.00 | Y | $49.00 |
| RE993S 9x9 ECOPAX FOAM 1comp 200/CASE   RE993S | TO33 | 2 | 2 | 0 | 29.00 | N | $58.00 |
| LARGE DIE CUT TAKE OUT TRAY 50/BD         20.5x12x4" | BX68 | 8 | 8 | 0 | 25.00 | Y | $200.00 |

A service charge of 1.5%/month (18%/yr) will be charged on all past due accounts

Salesman 51
Cust Acct SCARP100

| | |
|---|---|
| Merch Total | $816.96 |
| Taxable Sales | $404.96 |
| 8.0% Sales Tax | $32.40 |
| | $0.00 |
| Freight | $9.50 |
| Ppd Deposit | $0.00 |
| Total Due | $858.86 |

ITEMS RETURNED AFTER 30 DAYS ARE SUBJECT TO A 15% RESTOCKING FEE

*[handwritten: Paid Cash Null $900]*

Invoice 2032970

Page 1 of 1

## Tri-State Paper Co.
Paper • Foam • Janitorials

**Remit To:**
Tri-State Paper Co.
149 e. church st.
Blackwood, NJ 08012
215-455-4506

| | |
|---|---|
| Invoice | 2032970 |
| Date | 11-Aug-2023 |
| PO Number | |
| Order Date | 10-Aug-2023 |
| Ship Date | 11-Aug-2023 |
| Terms | |
| Due Date | 11-Aug-2023 |
| Carrier | Best Way |

**Bill To:**
SCARPINATO'S CUCINA
194 FRIES MILL ROAD

BLACKWOOD     NJ   08012

**Ship To:**
SCARPINATO'S CUCINA
194 FRIES MILL ROAD

BLACKWOOD     NJ   08012

| Description | Item Code | Ordered | Shipped | B/O | Price | Tax | Amount |
|---|---|---|---|---|---|---|---|
| 90HT1R 9x9 DART FOAM 1COMP. 200/CASE 90HT1R | TO94 | 1 | 1 | 0 | 32.00 | N | $32.00 |
| 60HT1 DART 6" H/L 1 SECTION FOAM 500/CS | TO02 | 1 | 1 | 0 | 42.00 | N | $42.00 |
| HALF DEEP ALUM STEAM PAN 100/CS  5132P / HS314 | ALM14 | 6 | 6 | 0 | 29.00 | N | $174.00 |
| FULL DEEP STEAM PAN 50/CS  FS514 / 5130-P | ALM18 | 3 | 3 | 0 | 45.00 | N | $135.00 |
| 18" X 500  HEAVY DUTY  FOIL | WRWELL18 | 4 | 4 | 0 | 22.00 | Y | $88.00 |
| BLAST AWAY OVEN/GRILL CLEANER 4/1 GAL  (SODIUM HYDROXIDE) | CL18 | 1 | 1 | 0 | 29.33 | Y | $29.33 |
| BLEACH 6" GERMICIDAL EPA REGISTERED  6/1 GALLON | CL22 | 1 | 1 | 0 | 18.00 | Y | $18.00 |
| TREMENDO ALL PUR CLEANER/LAVEN 4/1 GALLON | CLTR1 | 1 | 1 | 0 | 33.33 | Y | $33.33 |
| 38X58 EXTRA HEAVY TRASH LINER 100/CS  1.5 ML  CRK58XX | TR07 | 1 | 1 | 0 | 35.00 | Y | $35.00 |
| LARGE DIE CUT TAKE OUT TRAY 50/BD  20.5x12x4" | BX68 | 4 | 4 | 0 | 25.00 | Y | $100.00 |
| X-LARGE/LATEX POWER FREE 1/100  1 BOX  HH 803 | GL15 | 1 | 1 | 0 | 49.00 | Y | $49.00 |
| MEDIUM VINYL POWDER FREE 1/BOX  VN9706 | GL16 | 10 | 10 | 0 | 2.50 | Y | $25.00 |

A service charge of 1.5%/month (18%/yr) will be charged on all past due accounts

Salesman 51
Cust Acct SCARP100

| | |
|---|---|
| Merch Total | $760.66 |
| Taxable Sales | $377.66 |
| 8.0% Sales Tax | $30.21 |
| | $0.00 |
| Freight | $9.50 |
| Ppd Deposit | $0.00 |
| Total Due | $800.37 |

ITEMS RETURNED AFTER 30 DAYS ARE SUBJECT TO A 15% RESTOCKING FEE

**Invoice** 2032711

Page 1 of 1

# Tri-State Paper Co.
Paper • Foam • Janitorials

**Remit To:**
Tri-State Paper Co.
149 e, church st.
Blackwood, NJ 08012
215-455-4506

| Invoice | 2032711 | Date | 28-Jul-2023 |
|---|---|---|---|
| PO Number | | | |
| Order Date | 27-Jul-2023 | | |
| Ship Date | 28-Jul-2023 | | |
| Terms | | | |
| Due Date | 28-Jul-2023 | | |
| Carrier | Best Way | | |

**Bill To:**
SCARPINATO'S CUCINA
194 FRIES MILL ROAD

BLACKWOOD        NJ    08012

**Ship To:**
SCARPINATO'S CUCINA
194 FRIES MILL ROAD

BLACKWOOD        NJ    08012

| Description | Item Code | Ordered | Shipped | B/O | Price | Tax | Amount |
|---|---|---|---|---|---|---|---|
| HALF DEEP ALUM STEAM PAN 100/CS   5132P / HS314 | ALM14 | 4 | 4 | 0 | 29.00 | N | $116.00 |
| FULL DEEP STEAM PAN 50/CS   FS514 / 5130-P | ALM18 | 2 | 2 | 0 | 45.00 | N | $90.00 |
| RE993S 9x9 ECOPAX FOAM 1comp 200/CASE  RE993S | TO33 | 2 | 2 | 0 | 29.00 | N | $58.00 |
| 60HT1 DART 6" H/L 1 SECTION FOAM   500/CS | TO02 | 1 | 1 | 0 | 42.00 | N | $42.00 |
| BLAST AWAY OVEN/GRILL CLEANER 4/1 GAL   (SODIUM HYDROXIDE) | CL18 | 1 | 1 | 0 | 29.33 | Y | $29.33 |
| 38x58 EXTRA HEAVY TRASH LINER 100/CS  1.5 ML   CRK58XX | TR07 | 1 | 1 | 0 | 35.00 | Y | $35.00 |
| X-LARGE/LATEX POWER FREE 1/100   1 BOX   HH 803 | GL15 | 1 | 1 | 0 | 49.00 | Y | $49.00 |
| 18" X 500  HEAVY DUTY  FOIL | WRWELL18 | 2 | 2 | 0 | 22.00 | Y | $44.00 |
| DART P400N 4oz PORTION CUP 2500/CS   P400N | SOUF43 | 1 | 1 | 0 | 59.00 | N | $59.00 |
| LARGE DIE CUT TAKE OUT TRAY 50/BD        20.5x12x4" | BX68 | 4 | 4 | 0 | 25.00 | Y | $100.00 |

A service charge of 1.5%/month (18%/yr) will be charged on all past due accounts

Salesman 51
Cust Acct SCARP100

| | |
|---|---|
| Merch Total | $622.33 |
| Taxable Sales | $257.33 |
| 8.0% Sales Tax | $20.59 |
| | $0.00 |
| Freight | $9.50 |
| Ppd Deposit | $0.00 |
| Total Due | $652.42 |

ITEMS RETURNED AFTER 30 DAYS ARE SUBJECT TO A 15% RESTOCKING FEE

**Invoice** 2032832

Page 1 of 1

**Tri-State Paper Co.**
Paper • Foam • Janitorials

| Remit To: | Invoice | 2032832 | Date | 4-Aug-2023 |
|---|---|---|---|---|
| Tri-State Paper Co. | PO Number | | | |
| 149 e, church st. | Order Date | 3-Aug-2023 | | |
| Blackwood, NJ 08012 | Ship Date | 4-Aug-2023 | | |
| 215-455-4506 | Terms | | | |
| | Due Date | 4-Aug-2023 | | |
| | Carrier | Best Way | | |

**Bill To:**
SCARPINATO'S CUCINA
194 FRIES MILL ROAD
BLACKWOOD    NJ    08012

**Ship To:**
SCARPINATO'S CUCINA
194 FRIES MILL ROAD
BLACKWOOD    NJ    08012

| Description | Item Code | Ordered | Shipped | B/O | Price | Tax | Amount |
|---|---|---|---|---|---|---|---|
| BLAST AWAY OVEN/GRILL CLEANER 4/1 GAL (SODIUM HYDROXIDE) | CL18 | 1 | 1 | 0 | 29.33 | Y | $29.33 |
| BLEACH 6" GERMICIDAL EPA REGISTERED 6/1 GALLON | CL22 | 1 | 1 | 0 | 18.00 | Y | $18.00 |
| FULL DEEP STEAM PAN 50/CS FS514 / 5130-P | ALM18 | 2 | 2 | 0 | 45.00 | N | $90.00 |
| HALF DEEP ALUM STEAM PAN 100/CS 5132P / HS314 | ALM14 | 4 | 4 | 0 | 29.00 | N | $116.00 |
| 1/6 HEAVY THANK YOU BAG 18MIC 500/CS 16HFACE0516 11.5x6.5x21 | TT02 | 2 | 2 | 0 | 16.00 | Y | $32.00 |
| LARGE DIE CUT TAKE OUT TRAY 50/BD 20.5X12X4" | BX68 | 6 | 6 | 0 | 25.00 | Y | $150.00 |
| 16 OZ HW DELI COMBO WELLCARE 240 CUPS/LIDS WYT16 | DEL16WELL | 1 | 1 | 0 | 35.00 | Y | $35.00 |
| 32 OZ HW DELI COMBO WELLCARE 240 CUPS/LIDS WYT32 | DEL32WELL | 1 | 1 | 0 | 48.00 | Y | $48.00 |
| RE993S 9x9 ECOPAX FOAM 1comp 200/CASE RE993S | TO33 | 2 | 2 | 0 | 29.00 | N | $58.00 |
| 38X58 EXTRA HEAVY TRASH LINER 100/CS 1.5 ML CRK58XX | TR07 | 1 | 1 | 0 | 35.00 | Y | $35.00 |
| 18" X 500 HEAVY DUTY FOIL | WRWELL18 | 2 | 2 | 0 | 22.00 | Y | $44.00 |

*Paid cash $700 Many* (handwritten)

A service charge of 1.5%/month (18%/yr) will be charged on all past due accounts

Merch Total    $655.33
Taxable Sales    $391.33
8.0% Sales Tax    $31.31
    $0.00
Freight    $9.50
Ppd Deposit    $0.00
Total Due    $696.14

ITEMS RETURNED AFTER 30 DAYS ARE SUBJECT TO A 15% RESTOCKING FEE

Salesman 51
Cust Acct SCARP100

**Invoice**    2032602

Page 1 of 1

**Tri-State Paper Co.**
Paper • Foam • Janitorials

**Remit To:**
Tri-State Paper Co.
149 e, church st.
Blackwood, NJ 08012
215-455-4506

| Invoice | 2032602 | Date | 21-Jul-2023 |
|---|---|---|---|
| PO Number | | | |
| Order Date | 21-Jul-2023 | | |
| Ship Date | 21-Jul-2023 | | |
| Terms | | | |
| Due Date | 21-Jul-2023 | | |
| Carrier | Best Way | | |

**Bill To:**
SCARPINATO'S CUCINA
194 FRIES MILL ROAD

BLACKWOOD    NJ    08012

**Ship To:**
SCARPINATO'S CUCINA
194 FRIES MILL ROAD

BLACKWOOD    NJ    08012

| Description | Item Code | Ordered | Shipped | B/O | Price | Tax | Amount |
|---|---|---|---|---|---|---|---|
| 5" LACE DOILIE<br>1000/CS   303010 | DOL06 | 1 | 1 | 0 | 15.47 | Y | $15.47 |
| 3 1/8" THERMAL REG TAPE 220'<br>50/CS   19240 | REG14 | 1 | 1 | 0 | 68.93 | Y | $68.93 |

A service charge of 1.5%/month (18%/yr)
will be charged on all past due accounts

Salesman  51
Cust Acct  SCARP100

ITEMS RETURNED AFTER 30 DAYS ARE SUBJECT
TO A 15% RESTOCKING FEE

| | |
|---|---|
| Merch Total | $84.40 |
| Taxable Sales | $84.40 |
| 8.0% Sales Tax | $6.75 |
| | $0.00 |
| Freight | $0.00 |
| Ppd Deposit | $0.00 |
| Total Due | $91.15 |

*Paid Cash*
*$100*