## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tri-State Paper, Inc., | : | Chapter 11 |
| Debtor. | : | Bky. No. 23-13237 (PMM) |
| Tri-State Paper, Inc., | : | |
| Plaintiff. | : | Adv. No. 23-0095 (PMM) |
| v. | : | |
| Scarpinato's Cucina and Catering, LLC, | : | |
| Defendant. | : | |

### ORDER

**AND NOW,** the Plaintiff having commenced this adversary proceeding on November 25, 2023;

**AND** the Defendant's initial letter response having been stricken, see docket no. 10;

**AND** the Defendant having been given until January 22, 2024 to file a "proper answer through an attorney at law." Doc. no. 10;

**BUT** no proper answer or other responsive pleading having been filed;

It is hereby **ORDERED** that the Plaintiff shall take appropriate action to prosecute this proceeding (see e.g. F.R.C.P. 55) **on or before February 9, 2024**.  Upon failure to prosecute this proceeding, this adversary proceeding **may be dismissed for lack of prosecution** without further notice or opportunity for a hearing.

*Patricia M. Mayer*

**Date:  1/29/24**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**