# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tri-State Paper, Inc., | : | Chapter 11 |
| Debtor. | : | Bky. No. 23-13237 (PMM) |
| Tri-State Paper, Inc., | : | |
| Plaintiff. | : | Adv. No. 23-0095 (PMM) |
| v. | : | |
| Scarpinato's Cucina and Catering, LLC, | : | |
| Defendant. | : | |

## ORDER DISMISSING ADVERSARY PROCEEDING

**AND NOW** upon consideration of the Order entered on January 29, 2024 directing the Plaintiff to "take appropriate action to prosecute this proceeding . . . on or before February 9, 2024," doc. #12;

AND the Plaintiff having failed to take any such action;

It is hereby **ordered** that this Adversary Proceeding is **dismissed** without prejudice.

Date:  2/15/24

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE